Electronically Filed
10/29/2024 4:33 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

CAUSE NO. C-5054-24-E

| | | |
|---|---|---|
| IRISELA CORONADO | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HIDALGO COUNTY, TEXAS |
| | § | |
| WAL-MART STORES TEXAS, LLC AND WALMART, INC. | § | |
| | § | _______ JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, IRISELA CORONADO, Plaintiff, complaining of WAL-MART STORES TEXAS, LLC and WALMART, INC., Defendants, and files this her Original Petition, and for good and sufficient cause of action would respectfully show unto this Honorable Court and Jury the following:

1.
PARTIES

Your Plaintiff is a resident and citizen of the State of Texas.

Your Defendant WAL-MART STORES TEXAS, LLC, is a Arkansas Company authorized to and doing business in McAllen, Hidalgo County, Texas and may be served with process herein by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

Your Defendant WALMART, INC., is a Arkansas Company authorized to and doing business in McAllen, Hidalgo County, Texas and may be served with process herein by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

**Exhibit D-1**

Electronically Filed
10/29/2024 4:33 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu



2.
VENUE

Plaintiff would show that venue is proper in Hidalgo County, Texas, under the provisions of TEX. CIV. PRAC. & REM. CODE, Ch. 15, §§ 15.001, et seq., because Hidalgo County, Texas is the County where all or a substantial part of the events giving rise to the claim occurred.

3.
MISNOMER

Plaintiff specifically invokes the right to institute this suit against whatever entity, entities, and/or persons which or who were conducting business using the assumed or common names, of "Walmart", "Wal-Mart", "Wal-Mart Stores", "Wal-Mart Supercenter", "Wal-Mart, Inc.", and/or "Wal-Mart Stores, Inc.", or otherwise are appropriate parties to this cause. Plaintiff expressly invokes is right under Rules 28 and 71 of the Texas Rules of Civil Procedure to have the true name of the entity, person and/or party substituted at a later time upon the motion of any party or of the Court and/or in the interest of justice.

4.
DISCOVERY CONTROL PLAN AND CLAIM FOR RELIEF

Plaintiff seeks only monetary relief over TWO HUNDRED AND FIFTY THOUSAND and no/100 dollars ($250,000.00) but not more than ONE MILLION and no/100 dollars ($1,000,000.00).

Discovery in this case is intended to be conducted under Level 3.

5.

It has become necessary to bring this lawsuit by reason of injuries and damages suffered by your Plaintiff on or about March 29, 2023, while on the premises owned and operated by Defendants, located at 1724 W. University Drive, Edinburg, Hidalgo County, Texas 78539. Plaintiff was walking

Electronically Filed
10/29/2024 4:33 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu



on the laundry aisle when she noticed a store clerk. Plaintiff was on her way to ask the store clerk where the dryer sheets. As she approached the clerk, she slipped and fell on liquid softener and injured herself. There were no warning cones on the floor. A report of this incident was made by Walmart.

Plaintiff was an invitee and patron upon Defendants' premises when she was caused to slip and fall due to a dangerous condition existing on Defendants' premises, causing her serious permanent and painful bodily injuries. Defendants requested, allowed, permitted and encouraged your Plaintiff to enter onto the premises. Consequently, your Plaintiff was an invitee whom Defendants owed a duty to use ordinary care, including the duty to protect and guard your Plaintiff from unreasonably dangerous conditions existing on its premises or to warn her of their existence. Your Plaintiff was exercising ordinary when suddenly and unexpectedly she was caused to fall due to the dangerous condition and/or hazard existing on the premises which Defendants, its agents, servants, and employees knew or should have known existed caused by Defendants. As a result of the aforesaid dangerous condition, your Plaintiff sustained severe and permanent injuries. Your Plaintiff would show that nothing she did nor failed to do caused, or in any way contributed to cause, the occurrence in question. Further, your Plaintiff would respectfully show unto this Honorable Court and Jury that the Defendant failed to perform the above-stated duties and, therefore, was negligent as that term is understood under the laws of the State of Texas in one or more of the following respects:

(1) in failing to continually have the premises, which were open to the public, inspected for dangerous conditions and/or hazards located on the premises;

(2) in failing to remedy the dangerous condition and/or hazard that it knew of, or in the exercise of ordinary care, should have known was present on its premises;

Electronically Filed
10/29/2024 4:33 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu



(3) in failing to warn persons similarly situated to your Plaintiff, including your Plaintiff, of the dangerous condition and/or hazard located on said premises; and

(4) in more particularity to be shown at trial.

Each and all of the above and foregoing acts on the part of the Defendant, both of omission and commission, were negligent and constituted negligence and negligence per se, and were each and all a proximate cause of the occurrence in question and the injuries and damages suffered by your Plaintiff.

6.
CONDITION PRECEDENT

All conditions precedent to Plaintiff's cause of action have been performed or have occurred.

7.
DAMAGES

As a result of the aforesaid negligence on the part of the Defendants, your Plaintiff has been severely and permanently injured. He has suffered all legal elements of damages recognized by law, including physical pain and mental anguish, physical impairment, disfigurement, loss of earning capacity, has incurred reasonable and necessary medical bills and expenses and will, in all reasonable probability continue to suffer some or all of said legal elements of damages in the future beyond the date of trial of this cause. Accordingly, your Plaintiff maintains this suit against your Defendants, for each of your Plaintiff's foregoing legal elements of damages in a just and reasonable sum far in excess of the jurisdictional minimals of this Honorable Court, plus prejudgment interest on their damages as permitted by law.

8.
JURY DEMAND

Plaintiff has requested a trial by jury and maintain that request and tenders the fee.

Electronically Filed
10/29/2024 4:33 PM
Hidalgo County District Clerks
Reviewed By: Armando Cantu



9.
RULE 193.7 NOTICE

Plaintiff gives notice under Texas Rule of Civil Procedure 193.7 that it may use any and all documents produced by any party at any pretrial proceeding and/or trial of this matter.

10.

Pursuant to TEX. CIV. PRAC. & REM. CODE § 30.014, the last three digits of Plaintiff's driver's license are 263, and the last three digits of Plaintiff's Social Security number are 168.

WHEREFORE, your Plaintiff prays your Defendants be cited in terms of law to appear and answer herein and that upon final trial hereof, she have judgment as prayed for against your Defendants; that she have a trial by jury; that she have prejudgment interest as authorized by law; that she have interest on the judgment at the legal rate from date of entry until paid; that she have her costs of court; and that she have such other and further relief, general or special, legal or equitable, to which she may show herself justly entitled and for which she will ever pray.

Respectfully submitted,

MATTHEWS & FORESTER

*/s/ Kelly Forester*

KELLY FORESTER
TBA# 00787482
3027 Marina Bay Drive, Suite 320
League City, Texas 77573
(281) 535-3000
FAX: (281) 535-3010
kforester@matforlaw.com

ATTORNEYS FOR PLAINTIFF

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

ALEXIS ACEVES on behalf of KELLY FORESTER
Bar No. 787482
AACEVES@MATFORLAW.COM
Envelope ID: 93710533
Filing Code Description: Petition
Filing Description:
Status as of 10/29/2024 4:47 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kelly Forester | 787482 | kforester@matforlaw.com | 10/29/2024 4:33:51 PM | SENT |
| ALEXIS ACEVES | | AACEVES@MATFORLAW.COM | 10/29/2024 4:33:51 PM | SENT |